UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BETTY RODRIGUEZ,<br><br>　　　　Defendant. | Case No. 21-cv-09687-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Warren v. Guerrero*, 21-cv-09427-JCS.

　　　**IT IS SO ORDERED.**

Dated: December 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge